BIVINS, Gerald W., appellant,

v.

STATE of Indiana appellee.

No. 06S00–9602–PD–173.

Supreme Court of Indiana.

Jan. 19, 2001.

*ORDER DENYING REHEARING IN CAPITAL CASE*

Appellant, Gerald Bivins, has been convicted of murder and sentenced to death. The conviction and sentence have been affirmed on direct appeal. *See Bivins v. State*, 642 N.E.2d 928 (Ind.1994), *reh'g denied*, 650 N.E.2d 684 (Ind.1995), *cert. denied* 516 U.S. 1077, 116 S.Ct. 783, 133 L.Ed.2d 734 (1996). A collateral challenge under Indiana's rules for post-conviction relief has been denied. *See Bivins v. State*, 735 N.E.2d 1116 (Ind.2000). By this order, the Court DENIES the petition for rehearing in the post-conviction appeal.

ACCORDINGLY, Bivins has received the review to which he is entitled as a matter of right in Indiana state courts. Pursuant to Indiana Criminal Rule 24(H) and Indiana Code § 35–50–2–9, the Court orders that execution of the sentence be set for March 14, 2001, before the hour of sunrise. The prison Superintendent/Warden is directed to carry out the execution in accordance with Indiana law. This order shall constitute the warrant for execution described in Indiana Code §§ 35–38–6–2 & –3, but is subject to any stay issued by a federal court.

The Clerk is directed to send a copy of this order to Gerald Bivins, c/o Indiana State Prison, Michigan City, Indiana; to the Hon. Thomas K. Milligan, Judge, Montgomery Circuit Court; to the Hon. James C. Detamore, Judge, Boon Superior Court; to the Public Defender of Indiana;

to the Attorney General of Indiana; to the Warden/Superintendent of the Indiana State Prison; to the Commissioner of the Department of Correction; to Fred R. Biesecker, Counsel to the Governor; and to counsel of record.

SHEPARD, C.J., DICKSON, SULLIVAN, BOEHM, and RUCKER, JJ., concur.